ADAM STEVENS

WISCONSIN RIVER CO-OP SERVICES                                      DATE  01/09/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 86.00 | | 1,075.00 | MEDICAL | 59.00 | 59.00 |
| OT. | 3.00 | | 56.25 | 401KPLAN | 80.76 | 80.76 |
| OTHER | | | 483.96 | UNIFORMS | 2.69 | 2.69 |
| GROSS PAY | | 1,615.21 | $1,615.21 | VOLLIFE | 3.25 | 3.25 |

ADDITIONS:
E.I.C.
DEDUCTIONS:
| FEDERAL TAX | 202.52 | 202.52 | VACATION HRS. | 0.00 |
| FICA | 119.06 | 119.06 | FLEX TIME | 217.75 |
| STATE TAX | 87.38 | 87.38 | HOURLY WAGE | 12.5000 |
| OTHER | 145.70 | 145.70 |
| NET AMOUNT | 1,060.55 | 1,060.55 |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.        C68161

DEPOSIT DATE     01/09/09

GMSB-CK     133.00
GMSB-CK     927.55

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

FILED / REC'D
SEP 21 2009
8:00 A.M.
CLERK, U.S.
BANKRUPTCY COURT

WISCONSIN RIVER CO-OP SERVICES

ADAM STEVENS

DATE 01/23/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 80.00 | 1,000.00 | | MEDICAL | 59.00 | 118.00 |
| OT. | 0.00 | | | 401KPLAN | 50.00 | 130.76 |
| OTHER | | | | UNIFORMS | 2.69 | 5.38 |
| GROSS PAY | | 2,615.21 | $1,000.00 | VOLLIFE | 3.25 | 6.50 |

ADDITIONS:
E.I.C.

| DEDUCTIONS: | | | | | | |
|---|---|---|---|---|---|---|
| FEDERAL TAX | 305.98 | 103.46 | | VACATION HRS. | 0.00 | |
| FICA | 191.04 | 71.98 | | FLEX TIME | 219.25 | |
| STATE TAX | 132.21 | 44.83 | | HOURLY WAGE | 12.5000 | |
| OTHER | 260.64 | 114.94 | | | | |
| NET AMOUNT | 1,725.34 | 664.79 | | | | |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.            C68277

DEPOSIT DATE         01/23/09

GMSB-CK              133.00
GMSB-CK              531.79

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

WISCONSIN RIVER CO-OP SERVICES ADAM STEVENS DATE 02/06/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 80.00 | | 1,000.00 | MEDICAL | 59.00 | 177.00 |
| OT. | 12.00 | | 225.00 | 401KPLAN | 64.75 | 195.51 |
| OTHER | | | 70.00 | UNIFORMS | 2.69 | 8.07 |
| GROSS PAY | | 3,910.21 | $1,295.00 | VOLLIFE | 3.25 | 9.75 |

ADDITIONS:
E.I.C.

| DEDUCTIONS: | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 451.48 | 145.50 | | | |
| FICA | 285.59 | 94.55 | | | |
| STATE TAX | 197.45 | 65.24 | VACATION HRS. | 0.00 | |
| OTHER | 390.33 | 129.69 | FLEX TIME | 219.25 | |
| NET AMOUNT | 2,585.36 | 860.02 | HOURLY WAGE | 12.5000 | |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.      C68364

DEPOSIT DATE   02/06/09

GMSB-CK        133.00
GMSB-CK        727.02

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

ADAM STEVENS

WISCONSIN RIVER CO-OP SERVICES                                      DATE  02/20/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 80.00 | | 1,000.00 | MEDICAL | 59.00 | 236.00 |
| OT. | 4.50 | | 84.38 | 401KPLAN | 72.91 | 268.42 |
| OTHER | | | 373.82 | UNIFORMS | 2.69 | 10.76 |
| GROSS PAY | | 5,368.41 | $1,458.20 | VOLLIFE | 3.25 | 13.00 |

ADDITIONS:
E.I.C.

| DEDUCTIONS: | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | | 620.23 | 168.75 | | |
| FICA | | 392.63 | 107.04 | | |
| STATE TAX | | 273.97 | 76.52 | VACATION HRS. | 0.00 |
| OTHER | | 528.18 | 137.85 | FLEX TIME | 211.25 |
| NET AMOUNT | | 3,553.40 | 968.04 | HOURLY WAGE | 12.5000 |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910                    CHECK NO.           C68423

                                    DEPOSIT DATE       02/20/09

                                    GMSB-CK            133.00
                                    GMSB-CK            835.04

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

ADAM STEVENS

WISCONSIN RIVER CO-OP SERVICES                                    DATE 03/06/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 84.50 | 1,056.25 | | MEDICAL | 59.00 | 295.00 |
| OT. | 6.00 | 112.50 | | 401KPLAN | 72.46 | 340.88 |
| OTHER | | 280.51 | | UNIFORMS | 2.69 | 13.45 |
| GROSS PAY | | 6,817.67 | $1,449.26 | VOLLIFE | 3.25 | 16.25 |

ADDITIONS:
E.I.C.

DEDUCTIONS:
| FEDERAL TAX | 167.48 | 787.71 | | VACATION HRS. | 0.00 | |
| FICA | 106.36 | 498.99 | | FLEX TIME | 171.75 | |
| STATE TAX | 75.90 | 349.87 | | HOURLY WAGE | 12.5000 | |
| OTHER | 137.40 | 665.58 | | | | |
| NET AMOUNT | 962.12 | 4,515.52 | | | | |

WISCONSIN RIVER COOP SERVICES       CHECK NO.       C68507
PO BOX 729
ADAMS, WI 53910                     DEPOSIT DATE    03/06/09

                                    GMSB-CK         133.00
                                    GMSB-CK         829.12

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

ADAM STEVENS

WISCONSIN RIVER CO-OP SERVICES         DATE 03/20/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 77.00 | | 993.30 | MEDICAL | 59.00 | 354.00 |
| OT. | 3.50 | | 67.73 | 401KPLAN | 56.55 | 397.43 |
| OTHER | | | 70.00 | UNIFORMS | 2.69 | 16.14 |
| GROSS PAY | | 7,948.70 | $1,131.03 | VOLLIFE | 3.25 | 19.50 |

ADDITIONS:
E.I.C.

DEDUCTIONS:
| FEDERAL TAX | 909.84 | 122.13 | VACATION HRS. | 0.00 |
| FICA | 581.00 | 82.01 | FLEX TIME | 171.75 |
| STATE TAX | 403.77 | 53.90 | HOURLY WAGE | 12.9000 |
| OTHER | 787.07 | 121.49 |
| NET AMOUNT | 5,267.02 | 751.50 |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.          C68588

DEPOSIT DATE       03/20/09

GMSB-CK            133.00
GMSB-CK            618.50

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

WISCONSIN RIVER CO-OP SERVICES

ADAM STEVENS                                    DATE 04/03/09

| EARNINGS | HRS. | CURRENT | Y.T.D. | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 71.00 | 915.90 | | MEDICAL | 59.00 | 413.00 |
| OT. | 0.00 | | | 401KPLAN | 45.80 | 443.23 |
| OTHER | | | | UNIFORMS | 2.69 | 18.83 |
| GROSS PAY | | $915.90 | 8,864.60 | VOLLIFE | 3.25 | 22.75 |

ADDITIONS:
E.I.C.

DEDUCTIONS:
| FEDERAL TAX | 74.05 | 983.89 |
| FICA | 65.56 | 646.56 |
| STATE TAX | 39.02 | 442.79 | VACATION HRS. | 0.00 |
| OTHER | 110.74 | 897.81 | FLEX TIME | 185.75 |
| NET AMOUNT | 626.53 | 5,893.55 | HOURLY WAGE | 12.9000 |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910                  CHECK NO.        C68670

                                 DEPOSIT DATE     04/03/09

                                 GMSB-CK          133.00
                                 GMSB-CK          493.53

ADAM STEVENS
309 S WALKER ST
ADAMS  WI  53910

# WISCONSIN RIVER CO-OP SERVICES

ADAM STEVENS
DATE 04/17/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 80.00 | | 1,032.00 | MEDICAL | 59.00 | 472.00 |
| OT. | 0.00 | | | 401KPLAN | 51.60 | 494.83 |
| OTHER | | | | UNIFORMS | 2.69 | 21.52 |
| GROSS PAY | | 9,896.60 | $1,032.00 | VOLLIFE | 3.25 | 26.00 |

ADDITIONS:
E.I.C.

DEDUCTIONS:
| | | |
|---|---|---|
| FEDERAL TAX | 1,074.48 | 90.59 |
| FICA | 721.00 | 74.44 |
| STATE TAX | 489.84 | 47.05 | VACATION HRS. | 0.00 |
| OTHER | 1,014.35 | 116.54 | FLEX TIME | 137.92 |
| NET AMOUNT | 6,596.93 | 703.38 | HOURLY WAGE | 12.9000 |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.  C68806

DEPOSIT DATE  04/17/09

GMSB-CK  133.00
GMSB-CK  570.38

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

ADAM STEVENS

WISCONSIN RIVER CO-OP SERVICES                                DATE 05/01/09

| EARNINGS | HRS.  | Y.T.D.    | CURRENT    | DEDUCTIONS   | CURRENT | Y.T.D. |
|----------|-------|-----------|------------|--------------|---------|--------|
| REG.     | 80.00 | 1,032.00  |            | MEDICAL      | 59.00   | 531.00 |
| OT.      | 42.50 | 822.38    |            | 401KPLAN     | 92.72   | 587.55 |
| OTHER    |       |           |            | UNIFORMS     | 2.69    | 24.21  |
| GROSS PAY|       | 11,750.98 | $1,854.38  | VOLLIFE      | 3.25    | 29.25  |

ADDITIONS:
E.I.C.

DEDUCTIONS:
| FEDERAL TAX | 1,313.30 | 238.82   |              |         |
|-------------|----------|----------|--------------|---------|
| FICA        | 858.34   | 137.34   | VACATION HRS.| 0.00    |
| STATE TAX   | 593.67   | 103.83   | FLEX TIME    | 137.92  |
| OTHER       | 1,172.01 | 157.66   | HOURLY WAGE  | 12.9000 |
| NET AMOUNT  | 7,813.66 | 1,216.73 |              |         |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.       C68924

DEPOSIT DATE    05/01/09

GMSB-CK         133.00
GMSB-CK         1,083.73

ADAM STEVENS
309 S WALKER ST
ADAMS   WI   53910

ADAM STEVENS

WISCONSIN RIVER CO-OP SERVICES                                      DATE 05/01/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 0.00 | | 0.00 | MEDICAL | | 531.00 |
| OT. | 0.00 | | | 401KPLAN | | 587.55 |
| OTHER | | 413.32 | | UNIFORMS | | 24.21 |
| GROSS PAY | | 12,164.30 | $413.32 | VOLLIFE | | 29.25 |

ADDITIONS:
E.I.C.

| DEDUCTIONS: | | | | | | |
|---|---|---|---|---|---|---|
| FEDERAL TAX | 1,327.68 | 14.38 | | | | |
| FICA | 889.96 | 31.62 | | | | |
| STATE TAX | 605.63 | 11.96 | VACATION HRS. | 0.00 | | |
| OTHER | 1,172.01 | 0.00 | FLEX TIME | 137.92 | | |
| NET AMOUNT | 8,169.02 | 355.36 | HOURLY WAGE | 12.9000 | | |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910                CHECK NO.            C68967

                               DEPOSIT DATE         05/01/09

                               GMSB-CK              133.00
                               GMSB-CK              222.36

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

ADAM STEVENS

WISCONSIN RIVER CO-OP SERVICES                                    DATE  05/15/09

| EARNINGS | HRS.  | Y.T.D.    | CURRENT  | DEDUCTIONS | CURRENT | Y.T.D. |
|----------|-------|-----------|----------|------------|---------|--------|
| REG.     | 80.00 | 1,032.00  |          | MEDICAL    | 59.00   | 590.00 |
| OT.      | 20.00 | 387.00    |          | 401KPLAN   | 70.95   | 658.50 |
| OTHER    |       |           |          | UNIFORMS   | 2.69    | 26.90  |
| GROSS PAY|       | 13,583.30 | $1,419.00| VOLLIFE    | 3.25    | 32.50  |

ADDITIONS:
E.I.C.

DEDUCTIONS:
FEDERAL TAX   1,473.42   145.74        VACATION HRS.      0.00
FICA            994.00   104.04        FLEX TIME        137.92
STATE TAX       679.44    73.81        HOURLY WAGE       12.9000
OTHER         1,307.90   135.89
NET AMOUNT    9,128.54   959.52

WISCONSIN RIVER COOP SERVICES
PO BOX 729                      CHECK NO.         C69051
ADAMS, WI 53910
                                DEPOSIT DATE      05/15/09

                                     GMSB-CK      133.00
                                     GMSB-CK      826.52

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

WISCONSIN RIVER CO-OP SERVICES

ADAM STEVENS

DATE 05/29/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 80.00 | 1,032.00 | | MEDICAL | 72.89 | 590.00 |
| OT. | 22.00 | 425.70 | | 401KPLAN | | 731.39 |
| OTHER | | | | UNIFORMS | 2.69 | 29.59 |
| GROSS PAY | | 15,041.00 | $1,457.70 | VOLLIFE | | 32.50 |

ADDITIONS:
E.I.C.

| DEDUCTIONS: | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 160.11 | 1,633.53 | VACATION HRS. | 0.00 | |
| FICA | 111.52 | 1,105.52 | FLEX TIME | 152.29 | |
| STATE TAX | 80.78 | 760.22 | HOURLY WAGE | 12.9000 | |
| OTHER | 75.58 | 1,383.48 | | | |
| NET AMOUNT | 1,029.71 | 10,158.25 | | | |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.        C69149

DEPOSIT DATE     05/29/09

GMSB-CK          133.00
GMSB-CK          896.71

ADAM STEVENS
309 S WALKER ST
ADAMS  WI  53910

## WISCONSIN RIVER CO-OP SERVICES

**ADAM STEVENS**

**DATE** 07/10/09

| EARNINGS | HRS. | CURRENT | Y.T.D. | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 88.00 | 1,135.20 | | MEDICAL | 59.00 | 767.00 |
| OT. | 12.50 | 241.88 | | 401KPLAN | 68.85 | 928.52 |
| OTHER | | | | UNIFORMS | 2.54 | 37.36 |
| GROSS PAY | | 18,983.57 | $1,377.08 | VOLLIFE | 3.25 | 42.25 |

ADDITIONS:
E.I.C.

DEDUCTIONS:
| | | |
|---|---|---|
| FEDERAL TAX | 139.77 | 2,025.95 |
| FICA | 100.83 | 1,393.58 |
| STATE TAX | 70.91 | 959.90 |
| OTHER | 133.64 | 1,775.13 |
| NET AMOUNT | 931.93 | 12,829.01 |

VACATION HRS.  0.00
FLEX TIME    175.00
HOURLY WAGE  12.9000

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.       C69533
DEPOSIT DATE    07/10/09

GMSB-CK    133.00
GMSB-CK    798.93

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

# WISCONSIN RIVER CO-OP SERVICES

ADAM STEVENS

DATE 09/04/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 80.00 | 2,408.56 | 1,032.00 | MEDICAL | 59.00 | 1,003.00 |
| OT. | 2.00 |  | 38.70 | 401KPLAN | 53.54 | 1,142.03 |
| OTHER |  |  |  | UNIFORMS | 2.54 | 47.52 |
| GROSS PAY |  | 23,253.46 | $1,070.70 | VOLIFE | 3.25 | 55.25 |

ADDITIONS:

E.I.C.

DEDUCTIONS:

| | | | |
|---|---|---|---|
| FEDERAL TAX | 2,408.56 | 96.11 | |
| FICA | 1,702.18 | 77.40 | |
| STATE TAX | 1,157.89 | 49.72 | VACATION HRS. 0.00 |
| OTHER | 2,247.80 | 118.33 | FLEX TIME 129.84 |
| NET AMOUNT | 15,737.05 | 729.14 | HOURLY WAGE 12.9000 |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.    C69871

DEPOSIT DATE    09/04/09

GNSB-CK    729.14

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910

# WISCONSIN RIVER CO-OP SERVICES

ADAM STEVENS

**DATE** 08/07/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 77.00 |  | 993.30 | MEDICAL | 59.00 | 865.00 |
| OT | 0.00 |  |  | 401KPLAN | 49.67 | 1,037.95 |
| OTHER |  |  |  | UNIFORMS | 2.54 | 42.44 |
| GROSS PAY |  | 21,854.00 | 5993.30 | VOLLIFE | 3.25 | 48.75 |

ADDITIONS:
E.I.C.

| DEDUCTIONS: |  |  |  |  |  |
|---|---|---|---|---|---|
| FEDERAL TAX | 2,222.51 | 85.08 | VACATION HRS. | 0.00 |  |
| FICA | 1,550.59 | 71.49 | FLEX TIME | 142.17 |  |
| STATE TAX | 1,061.35 | 44.77 | HOURLY WAGE | 12.9000 |  |
| OTHER | 2,013.24 | 114.66 |  |  |  |
| NET AMOUNT | 14,306.51 | 677.91 |  |  |  |

WISCONSIN RIVER COOP SERVICES
PO BOX 123
ADAMS, WI 53910

CHECK NO.  C69674

DEPOSIT DATE  08/07/09

GMS5-CK   677.91

ADAM STEVENS
329 S WALKER ST
ADAMS WI 53910

# WISCONSIN RIVER CO-OP SERVICES

## ADAM STEVENS

DATE 07/24/09

| EARNINGS | HRS. | Y.T.D. | CURRENT | DEDUCTIONS | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|
| REG. | 80.00 | 1,032.00 | | MEDICAL | 59.00 | 826.00 |
| OT. | 7.50 | 145.13 | | 401KPLAN | 58.86 | 987.30 |
| OTHER | | | | UNIFORMS | 7.54 | 39.90 |
| GROSS PAY | | 20,160.70 | $1,177.13 | VOLLIFE | 3.25 | 45.50 |

ADDITIONS:
F.I.C.

| DEDUCTIONS: | | | |
|---|---|---|---|
| FEDERAL TAX | 2,137.23 | 111.20 | VACATION HRS. 0.00 |
| FICA | 1,475.11 | 85.53 | FLEX TIME 162.17 |
| STATE TAX | 1,016.98 | 57.08 | HOURLY WAGE 12.9000 |
| OTHER | 1,898.78 | 123.65 | |
| NET AMOUNT | 13,629.60 | 799.59 | |

WISCONSIN RIVER COOP SERVICES
PO BOX 729
ADAMS, WI 53910

CHECK NO.          C69610
DEPOSIT DATE     01/24/09

                        CMSB-CK     133.00
                        CMSB-CK     666.59

ADAM STEVENS
309 S WALKER ST
ADAMS WI 53910